**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Faith Bridge, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Christian Planner** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2559849** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **91 Willow Avenue**<br>**Huntington, NY 11743**<br>Number, Street, City, State & ZIP Code | **PO Box 69**<br>**Albrightsville, PA 18210**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Suffolk**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.christianplanner.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Faith Bridge, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Faith Bridge, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **Faith Bridge, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **Faith Bridge, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 18, 2023**
                MM / DD / YYYY

**X** **/s/ Victor Delacruz**              **Victor Delacruz**
Signature of authorized representative of debtor         Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Michael J. Kasen**       Date **January 18, 2023**
Signature of attorney for debtor              MM / DD / YYYY

**Michael J. Kasen**
Printed name

**Kasen & Kasen, P.C.**
Firm name

**115 Broadway**
**5th Floor**
**New York, NY 10006**
Number, Street, City, State & ZIP Code

Contact phone    **646-397-6226**      Email address    **mkasen@kasenlaw.com**

**MK7429 NY**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Faith Bridge, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 18, 2023**      X **/s/ Victor Delacruz**
Signature of individual signing on behalf of debtor

**Victor Delacruz**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Faith Bridge, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Add Shoppers 15806 Brookway Dr. Suite 200 Huntersville, NC 28078-3246 | | | Disputed | | | $1,074.41 |
| American Express P.O. Box 1270 Newark, NJ 07101 | | | | | | $18,433.00 |
| Clearco 1200-33 Yonge Street Toronto, Ontario CANADA | | | Disputed | | | $6,775.85 |
| Corporation Service Company PO Box 2576 Springfield, IL 62708 | | All assets now owned or hereafter acquired- see UCC Financing Statement | Disputed | Unknown | Unknown | Unknown |
| Facebook, Inc. One Hacker Way Menlo Park, CA 94025 | | | Disputed | | | $510,770.01 |
| Fasanra 36-38 Grand-Rue Grand Duhcy Luxembourg | | | Disputed | $8,530.07 | Unknown | Unknown |
| FGC Holdings Pty Ltd West Melbourne 3003 Victoria AUSTRALIA | | | Disputed | | | $82,008.34 |
| First Corporate Solutions 914 S. St. Sacramento, CA 95811 | | Unknown | Disputed | Unknown | Unknown | Unknown |

| Debtor | **Faith Bridge, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hayley Smith Designs 1501 Birchmont Lane Keller, TX 76248** | | | **Unliquidated** | | | **$1,000.00** |
| **LSC Communications PO Box 842291 Boston, MA 02284-2291** | | | **Disputed** | | | **$1,309,439.15** |
| **Media Carry Fullwood Ind. Est. Blk. 6 Unit 8 Burnbank Rd Hamilton, S. Lanarkshire UNITED KINGDOM - ML39AZ** | | | **Disputed** | | | **$3,000.00** |
| **North Beam, Inc. 338 Main Street San Francisco, CA 94105** | | | **Disputed** | | | **$1,611.08** |
| **Ouivy Inc. dbaKickfurther PO Box 21584 Boulder, CO 80308** | | **Consignment agreement/loan** | **Disputed** | | | **$329,617.82** |
| **Power Digital Marketing 2251 San Diego Ave. Suite A250 San Diego, CA 92110** | | | **Disputed** | | | **$15,232.00** |
| **Shipmonk 201 NW 22nd Ave. Suite 100 Fort Lauderdale, FL 33311** | | | **Disputed** | | | **$92,021.94** |
| **University Tees 13000 Athens Ave. Suite 210 Lakewood, OH 44107** | | | **Disputed** | | | **$7,670.85** |
| **US Small Business Assoc. 2 North St., Suite 320 Birmingham, AL 35203** | | **All tangible and intangilbe property- see UCC Financing Statement** | **Disputed** | **$500,000.00** | **Unknown** | **Unknown** |

Debtor    **Faith Bridge, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VargasAndrews 18191 Von Karman Ave. Suite 100 Irvine, CA 92612** | | | **Disputed** | | | **$4,373.82** |
| **Weltman & Moskowitz, LLP 270 Madison Ave. Suite 1400 New York, NY 10016** | | **Legal Fees** | **Disputed** | | | **$7,822.35** |
| **William B Skinner, Inc. 300 State Rt. 17 South Unit 3C Lodi, NJ 07644** | | | **Disputed** | | | **$21,612.28** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Faith Bridge, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1 Corporation Service Company**
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**April 22, 2021**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets now owned or hereafter acquired- see UCC Financing Statement**

Describe the lien
**Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **Unknown**
Value of collateral: **Unknown**

---

**2.2 Fasanra**
Creditor's Name

36-38 Grand-Rue
Grand Duhcy
Luxembourg
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**December 4, 2020**
Last 4 digits of account number
**2509**
Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$8,530.07**
Value of collateral: **Unknown**

| Debtor | **Faith Bridge, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **First Corporate Solutions** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Unknown** | | |

**914 S. St.**
**Sacramento, CA 95811**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**December 03, 2020**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 | **US Small Business Assoc.** | Describe debtor's property that is subject to a lien | **$500,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All tangible and intangilbe property- see UCC Financing Statement** | | |

**2 North St., Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
Creditor's email address, if known
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**May 29, 2022**
Last 4 digits of account number
**7410**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.5 | **Vox Funding, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Future receipts- see UCC Financing Statement** | | |

**132 E. 43rd St.**
**Suite 311**
**New York, NY 10017**
Creditor's mailing address

Describe the lien
**Lien**

**Is the creditor an insider or related party?**
- ■ No

Debtor  **Faith Bridge, Inc.**                                              Case number (if known) _____
         Name

Creditor's email address, if known            ☐ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ☐ No

**March 29, 2021**                             ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply

■ No                                           ☐ Contingent

☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative
priority.                                      ■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$508,530.07**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Seller Funding Corp.**<br>**450 Lexington Ave**<br>**4th Floor**<br>**New York, NY 10017** | Line  **2.2** | |

---

---

**Fill in this information to identify the case:**

Debtor name    **Faith Bridge, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,074.41 |
|---|---|---|---|
| | **Add Shoppers** | ☐ Contingent | |
| | **15806 Brookway Dr.** | ☐ Unliquidated | |
| | **Suite 200** | ■ Disputed | |
| | **Huntersville, NC 28078-3246** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,433.00 |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **P.O. Box 1270** | ☐ Unliquidated | |
| | **Newark, NJ 07101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1006** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,775.85 |
|---|---|---|---|
| | **Clearco** | ☐ Contingent | |
| | **1200-33 Yonge Street** | ☐ Unliquidated | |
| | **Toronto, Ontario** | ■ Disputed | |
| | **CANADA** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510,770.01 |
|---|---|---|---|
| | **Facebook, Inc.** | ☐ Contingent | |
| | **One Hacker Way** | ☐ Unliquidated | |
| | **Menlo Park, CA 94025** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2935** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Faith Bridge, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,008.34**

FGC Holdings Pty Ltd
West Melbourne
3003
Victoria
AUSTRALIA

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

Hayley Smith Designs
1501 Birchmont Lane
Keller, TX 76248

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,309,439.15**

LSC Communications
PO Box 842291
Boston, MA 02284-2291

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3382**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

Media Carry
Fullwood Ind. Est.
Blk. 6 Unit 8 Burnbank Rd
Hamilton, S. Lanarkshire
UNITED KINGDOM - ML39AZ

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8530**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,611.08**

North Beam, Inc.
338 Main Street
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$329,617.82**

Ouivy Inc. dbaKickfurther
PO Box 21584
Boulder, CO 80308

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **June 24, 2022**

Basis for the claim:  **Consignment agreement/loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,232.00**

Power Digital Marketing
2251 San Diego Ave.
Suite A250
San Diego, CA 92110

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Faith Bridge, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92,021.94** |
|---|---|---|---|

**Shipmonk**
**201 NW 22nd Ave.**
**Suite 100**
**Fort Lauderdale, FL 33311**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,670.85** |
|---|---|---|---|

**University Tees**
**13000 Athens Ave.**
**Suite 210**
**Lakewood, OH 44107**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,373.82** |
|---|---|---|---|

**VargasAndrews**
**18191 Von Karman Ave.**
**Suite 100**
**Irvine, CA 92612**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,822.35** |
|---|---|---|---|

**Weltman  & Moskowitz, LLP**
**270 Madison Ave.**
**Suite 1400**
**New York, NY 10016**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Legal Fees

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,612.28** |
|---|---|---|---|

**William B Skinner, Inc.**
**300 State Rt. 17 South**
**Unit 3C**
**Lodi, NJ 07644**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | +  $ | **2,412,462.90** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,412,462.90** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Faith Bridge, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept an initial retainer of ..................    $ _____ **12,000.00**

    Prior to the filing of this statement I have received .............................    $ _____ **12,000.00**

    Balance Due ........................................................................    $ _____ **0.00**

    *Subject to all terms and conditions set foth in the retainer agreement dated _January 9, 2023_____.

2.  $___**1,738.00**___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    [✔] Debtor      [ ] Other (specify):

4.  The source of compensation to be paid to me is:

    [✔] Debtor      [ ] Other (specify):

5.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal services as follows:

    Kasen & Kasen, P.C. has agreed to render legal services and be compensated for such services in accordance with and subject to all terms and conditions set forth in the retainer agreement dated ___January 9, 2023_____. Nothing contained in the herein disclosure is intended or shall be construed to limit the terms and conditions set forth in the retainer agreement dated January 9, 2023 . Further, Kasen & Kasen, P.C. retains its rights to amend the herein disclosure at any time.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_January 18, 2023_____    **/s/ Michael J. Kasen**_____
_Date_                                   **Michael J. Kasen**
                                         _Signature of Attorney_
                                         **Kasen & Kasen, P.C.**
                                         **115 Broadway**
                                         **5th Floor**
                                         **New York, NY 10006**
                                         **646-397-6226  Fax: 646-786-3611**
                                         **mkasen@kasenlaw.com**
                                         _Name of law firm_

---

# United States Bankruptcy Court
## Eastern District of New York

In re  **Faith Bridge, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Victor Delacruz**<br>**116 Thomas Lane**<br>**Apartment 69**<br>**Albrightsville, PA 18210** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 18, 2023**

Signature  **/s/ Victor Delacruz**
**Victor Delacruz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of New York

In re __Faith Bridge, Inc._____      Case No. _____
                                    Debtor(s)          Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   __January 18, 2023_____        __/s/ Victor Delacruz_____
                                            __Victor Delacruz/President__
                                            Signer/Title

Date:   __January 18, 2023_____        __/s/ Michael J. Kasen_____
                                            Signature of Attorney
                                            **Michael J. Kasen**
                                            **Kasen & Kasen, P.C.**
                                            **115 Broadway**
                                            **5th Floor**
                                            **New York, NY 10006**
                                            **646-397-6226   Fax: 646-786-3611**

USBC-44                                                                    Rev. 9/17/98

Add Shoppers
15806 Brookway Dr.
Suite 200
Huntersville, NC 28078-3246


American Express
P.O. Box 1270
Newark, NJ 07101


Clearco
1200-33 Yonge Street
Toronto, Ontario
CANADA


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Facebook, Inc.
One Hacker Way
Menlo Park, CA 94025


Fasanra
36-38 Grand-Rue
Grand Duhcy
Luxembourg


FGC Holdings Pty Ltd
West Melbourne
3003
Victoria
AUSTRALIA


First Corporate Solutions
914 S. St.
Sacramento, CA 95811


Hayley Smith Designs
1501 Birchmont Lane
Keller, TX 76248


LSC Communications
PO Box 842291
Boston, MA 02284-2291

Media Carry
Fullwood Ind. Est.
Blk. 6 Unit 8 Burnbank Rd
Hamilton, S. Lanarkshire
UNITED KINGDOM - ML39AZ


North Beam, Inc.
338 Main Street
San Francisco, CA 94105


Ouivy Inc. dbaKickfurther
PO Box 21584
Boulder, CO 80308


Power Digital Marketing
2251 San Diego Ave.
Suite A250
San Diego, CA 92110


Seller Funding Corp.
450 Lexington Ave
4th Floor
New York, NY 10017


Shipmonk
201 NW 22nd Ave.
Suite 100
Fort Lauderdale, FL 33311


University Tees
13000 Athens Ave.
Suite 210
Lakewood, OH 44107


US Small Business Assoc.
2 North St., Suite 320
Birmingham, AL 35203


VargasAndrews
18191 Von Karman Ave.
Suite 100
Irvine, CA 92612

Victor de la Cruz
116 Thomas Lane
Apt 69
Albrightsville, PA 18210


Vox Funding, LLC
132 E. 43rd St.
Suite 311
New York, NY 10017


Weltman  & Moskowitz, LLP
270 Madison Ave.
Suite 1400
New York, NY 10016


William B Skinner, Inc.
300 State Rt. 17 South
Unit 3C
Lodi, NJ 07644

# United States Bankruptcy Court
### Eastern District of New York

In re  __Faith Bridge, Inc.__            Case No. _____

                               Debtor(s)          Chapter     __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Faith Bridge, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 18, 2023__
Date

/s/ Michael J. Kasen
**Michael J. Kasen**
Signature of Attorney or Litigant
Counsel for    **Faith Bridge, Inc.**
**Kasen & Kasen, P.C.**
**115 Broadway**
**5th Floor**
**New York, NY 10006**
**646-397-6226 Fax:646-786-3611**
**mkasen@kasenlaw.com**

## United States Bankruptcy Court
### Eastern District of New York

In re    **Faith Bridge, Inc.** _____    Case No. _____

_____    Chapter    **11** _____

Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Victor Delacruz**, declare under penalty of perjury that I am the **President** of **Faith Bridge, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the   19th   day of January, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Victor Delacruz, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Victor Delacruz, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Victor Delacruz, President** of this Corporation is authorized and directed to employ **Michael J. Kasen**, attorney and the law firm of **Kasen & Kasen, P.C.** to represent the corporation in such bankruptcy case."

Date    January 18, 2023 _____    Signed    **/s/ Victor Delacruz** _____

**Victor Delacruz**

Resolution of Board of Directors
of
**Faith Bridge, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Victor Delacruz, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Victor Delacruz, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Victor Delacruz, President** of this Corporation is authorized and directed to employ **Michael J. Kasen**, attorney and the law firm of **Kasen & Kasen, P.C.** to represent the corporation in such bankruptcy case.

Date  January 18, 2023 _____    Signed  /s/ Victor Delacruz _____

Date  _____    Signed  _____